IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

CASE NO.: 3:06-cv-03046

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

Bernadean Acreman,

        Plaintiff,

vs.

PFIZER, INC., et al.,

        Defendants.

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE ONLY AS TO
CASE NO. 3:06-cv-003046 CRB

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Bernadean Acreman, Individually in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff named herein only with each side bearing its own costs.

Respectfully submitted:

Dated: 12/9/09    By: _____
Robert D. Rowland (IL State Bar No. 6198915)
Lindsay Rakers (IL State Bar No. 6276763)
GOLDENERG HELLER
ANTOGNOLI & ROWLAND, P.C.
Post Office Box 959
Edwardsville, IL 62025
(618) 656-5150 telephone
(618) 656-6230 facsimile

*Attorneys for Plaintiff*

Dated: 2/5/2010    By: _____
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500 telephone
(212) 335-4501 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

FEB 1 7 2010

Dated: _____    _____
HONORABLE CHARLES R. BREYER
United States District Court